IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CENTURY SURETY COMPANY,** § § § | |
| **Plaintiff,** § § § | |
| vs. § § | |
| **RELOAD TRANSPORT, INC., STATE NATIONAL INSURANCE COMPANY, DZ INDUSTRIES, INC. D/B/A HOME ELEVATOR OF TEXAS, AND ANGELA HERNANDEZ AND ALEXANDRA ROWLAND, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JAN SCOTT ROWLAND,** § § § § § § § § § § § § § § § § § | **CIV. ACTION NO. 4:23-CV-3156** |
| **Defendant.** § | |

### JOINT POST-MEDIATION MEMORANDUM

**COMES NOW** Plaintiff, Century Surety Company ("Century") and Defendants Reload Transport, Inc. ("Reload"), State National Insurance Company ("State National"), Angela Hernandez ("Hernandez") and Alexandra Rowland ("Rowland"), individually and as representatives of the estate of Jan Scott Rowland (collectively the "Parties") and pursuant to Local Rule 16.4.J., respectfully files this their Joint Post-Mediation Memorandum and shows as follows:

1. On September 5, 2024, the Parties participated in mediation with mediator Andrew

T. McKinney IV to resolve the above captioned matter and the underlying lawsuit, Cause No. 2023-01969 *Angela Hernandez and Alexandra Rowland, Ind. And as Representatives of the Estate of Jan Scott Rowland v DZ Industries, Inc. d/b/a Home Elevator of Texas, Reload Transport Inc., Miladin Knezevic and MK Phoenix Global LLC,* pending in the 11th Judicial District Court of Harris County, Texas.  Century, Reload, State National, Hernandez, and Rowland were able to reach an agreement and resolve their pending claims with respect to each other.  All claims against DZ in the underlying lawsuit are reserved.  On or about October 2, 2024, the mediator submitted his Mediator's Settlement Agreement to the Parties memorializing their agreements.

2. Present at the mediation:

**Century Surety Company**
Lisa Bollinger
Counsel: Robert J. Witmeyer
MAYER LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
(214) 379-6900

**Reload Transport, Inc**
Matthew A. Ford
Counsel: Matthew A. Ford
8765 Stockard Drive, Suite 303
Frisco, Texas 75034
(214) 499-9236

**State National Insurance Company**
Amrit Singh
Counsel: David Schubert
Schubert & Evans, P.C.
900 Jackson, Suite 630
Dallas, Texas 75202
(214) 744-4400

**Angela Hernandez**
**Alexandra Rowland**
Counsel: Randall O. Sorrels
5300 Memorial Drive, Suite 270
Houston, Texas 77007

(713) 496-1100

3. The mediation resolved all outstanding claims in this litigation. The Parties are in the process of finalizing the settlement documents. The Parties expect to complete the settlement documents not later than November 30, 2024. The Parties will notify the Court when the settlement documents are finalized and will request at that time the matter be removed from the Court's docket. The Parties respectfully request that all outstanding deadlines in this case be removed from the Court's calendar.

                                              Respectfully submitted,

By: */s/ Robert J. Witmeyer*
**ROBERT J. WITMEYER**
Texas State Bar No. 24091174
Southern District Bar No. 2600115
*rwitmeyer@mayerllp.com*
MAYER LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 379-6900
Telecopy: (214) 379-6939
*Attorney for Plaintiff Century Surety Company*

By: */s/ David J. Schubert            p.p.*
David J. Schubert
Dschubert@SchubertEvans.com
Stephen Burnett
Sburnett@SchubertEvans.com
Schubert & Evans, P.C.
900 Jackson, Suite 630
Dallas, Texas 75202
Telephone:  (214) 744-4400
Facsimile:   (214) 744-4403
*Attorneys for Defendant State National Insurance Company*

By: */s/ Matthew A. Ford          p.p.*
Matthew A. Ford
matthew@mafordlaw.com
Law Office of Matthew A. Ford
1301 Solana Boulevard, Suite 2100
Westlake, Texas 76262
Telephone: (817) 865-1953
Facsimile: (925) 401-7260
***Attorney for Defendant Reload Transport, Inc.***

By: */s/ Tom Stilwell          p.p.*
Randall O. Sorrels
randy@sorrelslaw.com
Richard T. (Tom) Stilwell
ts@sorrelslaw.com
Sorrels Law
5300 Memorial Drive, Suite 270
Houston, Texas 77007
Telephone: (713) 496-1100
Facsimile: (713) 238-9500
Eservice: eservice@sorrelslaw.com
***Attorneys for Defendants Angela Hernandez and Alexandra Rowland***

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October 2024, a true and correct copy of the foregoing document was served on counsel of record using the Court's ECF filing service:

David J. Schubert
Dschubert@SchubertEvans.com
Stephen Burnett
Sburnett@SchubertEvans.com
Schubert & Evans, P.C.
900 Jackson, Suite 630
Dallas, Texas 75202
Telephone:  (214) 744-4400
Facsimile:   (214) 744-4403
***Attorneys for Defendant State National Insurance Company***

Matthew A. Ford
matthew@mafordlaw.com
Law Office of Matthew A. Ford
1301 Solana Boulevard, Suite 2100
Westlake, Texas 76262
Telephone:  (817) 865-1953
Facsimile:   (925) 401-7260
***Attorney for Defendant Reload Transport, Inc.***

Randall O. Sorrels
randy@sorrelslaw.com
Richard T. (Tom) Stilwell
ts@sorrelslaw.com
Sorrels Law
5300 Memorial Drive, Suite 270
Houston, Texas 77007
Telephone:  (713) 496-1100
Facsimile:   (713) 238-9500
Eservice:    eservice@sorrelslaw.com
***Attorneys for Defendants Angela Hernandez and Alexandra Rowland***

                                        */s/ Robert J. Witmeyer*
                                        **ROBERT J. WITMEYER**