IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CENTURY SURETY COMPANY,** § § § § § | |
| **Plaintiff,** § § | |
| vs. § § § | |
| **RELOAD TRANSPORT, INC., STATE NATIONAL INSURANCE COMPANY, DZ INDUSTRIES, INC. D/B/A HOME ELEVATOR OF TEXAS, AND ANGELA HERNANDEZ AND ALEXANDRA ROWLAND, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JAN SCOTT ROWLAND,** § § § § § § § § § § § § § § § § § | **CIV. ACTION NO. 4:23-CV-3156** |
| **Defendant.** § | |

## JOINT NOTICE OF SETTLEMENT

    **COMES NOW** Plaintiff, Century Surety Company ("Century") and Defendants Reload Transport, Inc. ("Reload"), State National Insurance Company ("State National"), Angela Hernandez ("Hernandez") and Alexandra Rowland ("Rowland"), individually and as representatives of the estate of Jan Scott Rowland (collectively the "Parties") and submits this Joint Notice of Settlement and advises the Court as follows:

The Parties are finalizing an agreement that will settle all remaining disputes in this litigation and request the Court enter the submitted proposed order giving them until November 30, 2024 to file a joint stipulation of dismissal.

Respectfully submitted,

By: */s/ Robert J. Witmeyer*
**ROBERT J. WITMEYER**
Texas State Bar No. 24091174
Southern District Bar No. 2600115
*rwitmeyer@mayerllp.com*
MAYER LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 379-6900
Telecopy: (214) 379-6939
***Attorney for Plaintiff Century Surety Company***

By: */s/ David J. Schubert*          *p.p.*
David J. Schubert
Dschubert@SchubertEvans.com
Stephen Burnett
Sburnett@SchubertEvans.com
Schubert & Evans, P.C.
900 Jackson, Suite 630
Dallas, Texas 75202
Telephone:  (214) 744-4400
Facsimile:   (214) 744-4403
***Attorneys for Defendant State National Insurance Company***

By: */s/ Matthew A. Ford*          *p.p.*
Matthew A. Ford
matthew@mafordlaw.com
Law Office of Matthew A. Ford
1301 Solana Boulevard, Suite 2100
Westlake, Texas 76262
Telephone:  (817) 865-1953

        Facsimile: (925) 401-7260
        ***Attorney for Defendant Reload Transport, Inc.***

By: */s/ Tom Stilwell*    *p.p.*
   Randall O. Sorrels
   randy@sorrelslaw.com
   Richard T. (Tom) Stilwell
   ts@sorrelslaw.com
   Sorrels Law
   5300 Memorial Drive, Suite 270
   Houston, Texas 77007
   Telephone: (713) 496-1100
   Facsimile: (713) 238-9500
   Eservice: eservice@sorrelslaw.com
   ***Attorneys for Defendants Angela Hernandez and Alexandra Rowland***

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October 2024, a true and correct copy of the foregoing document was served on counsel of record using the Court's ECF filing service:

David J. Schubert
Dschubert@SchubertEvans.com
Stephen Burnett
Sburnett@SchubertEvans.com
Schubert & Evans, P.C.
900 Jackson, Suite 630
Dallas, Texas 75202
Telephone:  (214) 744-4400
Facsimile:  (214) 744-4403
***Attorneys for Defendant State National Insurance Company***

Matthew A. Ford
matthew@mafordlaw.com
Law Office of Matthew A. Ford
1301 Solana Boulevard, Suite 2100
Westlake, Texas 76262
Telephone:  (817) 865-1953
Facsimile:  (925) 401-7260
***Attorney for Defendant Reload Transport, Inc.***

Randall O. Sorrels
randy@sorrelslaw.com
Richard T. (Tom) Stilwell
ts@sorrelslaw.com
Sorrels Law
5300 Memorial Drive, Suite 270
Houston, Texas 77007
Telephone:  (713) 496-1100
Facsimile:  (713) 238-9500
Eservice:  eservice@sorrelslaw.com
***Attorneys for Defendants Angela Hernandez and Alexandra Rowland***

*/s/ Robert J. Witmeyer*
**ROBERT J. WITMEYER**
