Case 4:23-cv-03156   Document 36   Filed on 10/24/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CENTURY SURETY COMPANY,** § § § | |
| Plaintiff, § § | |
| vs. § § | |
| **RELOAD TRANSPORT, INC., STATE NATIONAL INSURANCE COMPANY, DZ INDUSTRIES, INC. D/B/A HOME ELEVATOR OF TEXAS, AND ANGELA HERNANDEZ AND ALEXANDRA ROWLAND, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JAN SCOTT ROWLAND,** § § § § § § § § § § § § § § § § | CIV. ACTION NO. 4:23-CV-3156 |
| Defendant. § | |

### ORDER

This matter came before the Court on the date below for consideration of Joint Notice of Settlement and Joint Post-Mediation Memorandum seeking the remaining deadlines of this matter to be removed from the Court's calendar and grant the Parties until November 30, 2024, to file closing documents. After due consideration, the Court is of the opinion that the requests are well taken and should be granted.

It is therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the Parties file closing documents by November 30, 2024, and all other active deadlines for this matter be **TERMINATED**.

It is so Ordered

SIGNED this 24th day of October 2024.

_____
UNITED STATES DISTRICT COURT JUDGE